

NP25044957 - Two Mile Fire ground and aerial photos

Ground Photo 2-24-25_1.jpg
Ground Photo 2-24-25_2.jpg
Ground Photo 2-24-25_3.jpg
Ground Photo 2-24-25_4.jpg



Coast Guard Photo 2-24-25_1.jpg

Ground Photo 2-24-25_5.jpg



NP25044957- Two Mile Fire ground and aerial photos



IMG_9186.jpg

Ground Photo 2-24-25_6.jpg



Civil Air Patrol Photo of Two Mile Fire.jpg

NP25044957 - Two Mile Fire ground and aerial photos