NP25044957 Two Mile Fire CHUN Evidence



20250226_204151850_iOS.jpg



20250226_205536343_iOS.jpg



20250226_205549160_iOS.jpg



20250226_212129

GOVERNMENT EXHIBIT
2

NP25044957 Two Mile Fire CHUN Evidence



20250226_212129180_iOS.jpg



20250227_160650982_iOS.jpg



20250227_160654099_iOS.jpg



20250227_160659622_iOS.jpg

2

NP25044957 Two Mile Fire CHUN Evidence



20250227_161147197_iOS.jpg



20250227_160705902_iOS.jpg



20250227_160922079_iOS.jpg



20250227_164715359_iOS.jpg

NP25044957 Two Mile Fire CHUN Evidence



20250227_164727375_iOS.jpg



20250227_164731886_iOS.jpg



20250227_171326782_iOS.jpg



20250227_171915994_iOS.jpg

NP25044957 Two Mile Fire CHUN Evidence



20250227_171918595_iOS.jpg