UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED
MAR 26 2025
Nathan Ochsner, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| v. | §  CRIMINAL NO. |
| JOHN JASON CHUN | §  C-25-205 |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about February 24, 2025, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

JOHN JASON CHUN,

maliciously damaged and destroyed and attempted to damage and destroy, by means of fire, real property, that is, Padre Island National Seashore owned by the United States Department of the Interior, an agency of the United States, which burned and damaged approximately one-hundred and thirty-seven (137) acres of Padre Island National Seashore land.

In violation of Title 18, United States Code, Section 844(f)(1).

### COUNT TWO

On or about February 24, 2025, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

JOHN JASON CHUN,

knowingly received and possessed a firearm, that is, Anderson Manufacturing, Model AM-15, Multi Caliber Short Barreled Rifle, bearing serial number 18185088, having a barrel of less than sixteen inches in length, not registered to him in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5841, 5845(a)(3), 5861(d), and 5871.

## COUNT THREE

On or about February 24, 2025, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

### JOHN JASON CHUN,

having kindled and caused to be kindled a fire in and near any forest, timber, or other inflammable material upon any lands owned and controlled by the United States within the Padre Island National Seashore, did leave said fire without totally extinguishing the same, and did permit and suffer said fire to burn and spread beyond his control and to burn unattended.

In violation of Title 18, United States Code, Section 1856.

## COUNT FOUR

On or about February 24, 2025, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

### JOHN JASON CHUN,

willfully and by means of a parachute flare, did injure property of the United States, that is, Padre Island National Seashore, thereby causing damage to such property in excess of $1,000.00.

In violation of Title 18, United States Code, Section 1361.

<u>NOTICE OF CRIMINAL FORFEITURE</u>
[26 U.S.C.§ 5872; 28 U.S.C. § 2461]

Pursuant to Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461, upon conviction of an offense specified in Count 2, in violation of Title 26, United States Code, Sections 5841, 5845(a)(3), 5861(d), and 5871, defendant,

JOHN JASON CHUN,

shall forfeit to the United States of America any firearm involved in the violation, to wit:

A Anderson Manufacturing, Model AM-15, Multi Caliber Short Barreled Rifle, bearing serial number 18185088.

A TRUE BILL:
<u>ORIGINAL SIGNATURE ON FILE</u>
FOREPERSON OF THE GRAND JURY

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

By: _____
YASMINE K. TUCKER
Assistant United States Attorney