UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § CRIMINAL NUMBER 25-CR-205 |
| | § |
| JOHN JASON CHUN | § |

## STIPULATION OF FACT

The defendant, JOHN JASON CHUN, has agreed to stipulate with the United States Attorney for the Southern District of Texas, Nicholas Ganjei, through the undersigned Assistant United States Attorney, to the following facts and expected testimony concerning the violation of Title 26, United States Code, Sections 5841, 5845(a)(3) 5861(d) and 5871. The parties agree that these facts are sufficient to establish a factual basis for the defendant's plea, pursuant to Fed. R. Crim. P. 11(b)(3).

### I.

The Defendant confesses that within the Southern District of Texas on or about February 24, 2025,

1) That the defendant knowingly possessed a firearm;
2) That the firearm was a rifle having a barrel or barrels of less than 16 inches in length;
3) That the defendant knew the firearm was a rifle having a barrel or barrels of less than 16 inches in length;
4) That the firearm was or could readily have been put in operating condition; and,
5) That the firearm was not registered to the defendant in the National Firearms Registration and Transfer Record. It does not matter whether the defendant knew that the firearm was not registered or had to be registered.

### II.

The Defendant further stipulates and agrees that if this case were to proceed to trial, the United States could prove each element of the offense beyond a reasonable doubt. The following facts, among others would be offered to establish Defendant's guilt:

1. On February 24, 2025, at approximately 3:50pm, at the Padre Island National Seashore a report of a brush fire was reported to the park Rangers. When the park Rangers made it on scene, the fire was actively growing. Ranger Nathaniel Moreno observed two male visitors attempting to put out the fire. Ranger Moreno advised them to stop and get out of the fire for their safety. Ranger Moreno began relaying a size up of the fire to dispatch while Ranger Jonathan Betancourt spoke with witnesses. The witness Ranger Betancourt was talking to had advised that the fire was started by a person who was in a black pickup truck with a camper on it. The witness had a photo of the vehicle; when Ranger Moreno saw the photo, he immediately recognized it. Ranger Moreno had seen it while responding to the fire and earlier during the day when responding to a report of flares on Padre Island National Seashore North Beach.

2. Ranger Betancourt had received additional information from the witnesses that subject had used flares to start the fire and that the flares were still on scene. Ranger Betancourt collected approximately eight large parachute style flares, enough to fill up a grocery size plastic bag. One of the witnesses stated that the individual that started the fire was named "Chun" and that he was an Asian male. Ranger Calkins located the vehicle traveling north bound on Park Rd 22 outside the boundary of the park. Ranger Calkins conducted a traffic stop of the vehicle and identified the driver by his Nevada driver's license as John Jason Chun, the Defendant.

3. During Ranger Calkins' initial approach for the traffic stop, he observed in plain view what he believed to be flares laying loosely on a pile of various items in the

back seat of the vehicle. Later during an inventory search of the vehicle, Ranger Betancourt and Ranger Moreno removed a large box of the same type of flares that were removed from the fire scene on the beach. Multiple firearms and ammunitions were also recovered from the Defendant's vehicle.

4. One of the firearms recovered from the Defendant's vehicle was an Anderson Manufacturing, Model AM-15, Multi Caliber Short Barreled Rifle, with an approximately seven and nine sixteenths (7 9/16) inch barrel bearing serial number 18185088. This firearm was required to be registered and was not in fact registered to the defendant in the National Firearms Registration and Transfer Record.

### III.

The undersigned have thoroughly reviewed, understand, and agree that the information contained in this Stipulation of Fact are true and correct.

_____  8 Oct 2025
JOHN JASON CHUN          Date
Defendant

_____  10-14-25
Attorney for Defendant    Date

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

By: _____  9/18/2025
YASMINE K. TUCKER         Date
Assistant United States Attorney